UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CRIMINAL NO. 4:21-cr-63 |
| § § | |
| DWAYNE GRANDISON § | |

# I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT ONE
### (Impeding, Intimidating and Interfering with a Federal Official by Threat)

On or about September 5, 2019, in the Southern District of Texas, Defendant,

**DWAYNE GRANDISON**,

did threaten to assault Shantetra Lewis, a Protective Security Officer, with intent to impede, intimidate and interfere with Shantetra Lewis while she was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL:

Original Signature on file
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Carrie Wirsing
Assistant United States Attorney